IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GIRARD STREET INVESTMENT HOLDINGS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF TREASURY and U.S. DEPARTMENT OF STATE,**<br><br>Defendants. | Case No. 1:25-cv-212 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, undersigned counsel for Girard Street Investment Holdings LLC, certify that Girard Street Investment Holdings LLC is a wholly owned subsidiary of Gramercy Venezuela Opportunity Fund II, which is a Cayman Islands limited company.

Dated: January 24, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/Chad R. Bowman*
Chad R. Bowman (#484150)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Plaintiff Girard Street Investment Holdings LLC*