UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GIRARD STREET INVESTMENT HOLDINGS, LLC, Plaintiff, v. UNITED STATES DEPARTMENT OF THE TREASURY, et al., Defendants. | Civil Action No. 25-0212 (ACR) |

**JOINT STATUS REPORT**

The plaintiff, Girard Street Investment Holdings, LLC ("Plaintiff"), and defendants the Department of the Treasury ("Treasury") and the Department of State ("State") (collectively "Defendants"), by and through counsel, respectfully file this Joint Status Report pursuant to this Court's Minute Order dated May 20, 2025.

**Treasury**

The Office of Foreign Assets Control ("OFAC") reports that on May 20, 2025, Plaintiff provided a new search string for parts one through five of its FOIA request. OFAC accepted Plaintiff's proposed search string and will promptly conduct the new search. OFAC further reports that it conducted a search for reconsideration packages based upon the list of individuals/entities that the Plaintiff provided in relation to part six of Plaintiff's FOIA request and this search did not locate responsive records. OFAC further reports that it continues to process parts seven and eight of Plaintiff's FOIA request and anticipates releasing its first production on or before July 31, 2025.

**State**

State reports that it conducted a search for part one of Plaintiff's FOIA request using a search string provided by the Plaintiff on May 20, 2025, and on or about June 16, 2025, advised Plaintiff that the initial search located over 20,000 potentially responsive records. State further reports that it attempted a more targeted search using two custodians and located approximately 10,295 potentially responsive records. State continues to confer with Plaintiff over the parameters of this search. State further reports that it continues to confer with Plaintiff over part three of Plaintiff's FOIA request as any records it may have in response would likely be duplicitous of OFAC's response to Plaintiff's request for information in connection with reconsideration petitions related to United States sanctions on Venezuela since OFAC is the office that processes reconsideration petitions.

The parties respectfully request that the Court allow a reasonable amount of time for the parties to confer over searches and a production schedule. The parties respectfully propose filing a joint status report in forty-five days on or before August 11, 2025.

Dated: June 27, 2025
Washington, DC

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Lauren P. Russell*
Chad R. Bowman (#484150)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/Kimberly A. Stratton*
  KIMBERLY A. STRATTON
  P.A. Bar #327725
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*